ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DAVONNATAE BARFIELD,<br><br>Defendant. | Case No. 1:24-cr-00279<br><br>ORDER |

Upon the parties' stipulation, and for good cause shown, a change of plea hearing is scheduled for defendant Davonntae Barfield for August 17, 2026, at 9:00 a.m., before the Honorable Jennifer L. Thurston. The trial date and all remaining hearings dates for Mr. Barfield are vacated. Time shall be excluded from July 17, 2026, through August 17, 2026, for purposes of continuity of defense counsel and defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: July 20, 2026

Honorable Jennifer L. Thurston
United States District Judge