Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant:
DAVONNTAE BARFIELD

McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
T-(559) 443-7442 | F-(559) 860-0150

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,*<br>v.<br>DAVONNTAE BARFIELD, *Defendant.* | Case No. 1:24-cr-00279-JLT-SAB<br>**(1) STIPULATION RESCHEDULING SENTENCING AND ASSOCIATED DEADLINES; and**<br>**(2) FINDINGS AND ORDER**<br>Date: December 7, 2026<br>Time: 9:00 a.m.<br>Dept: Courtroom 4<br>Judge: Hon. Jennifer L. Thurston |

## STIPULATION

The United States of America, through Assistant U.S. Attorney Joseph D. Barton, and Defendant Davonntae Barfield, through counsel Michael McKneely, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 7, 2026, at 9:00 a.m., before the Honorable Jennifer L. Thurston. Defendant is out of custody;

2. The draft presentence report was disclosed on October 26, 2026. Defendant delivered his informal objections to the United States Probation Office and to the government on November 9, 2026. The final presentence report was filed on November 16, 2026 (Doc. 115);

3. Under the current schedule, formal objections are due November 23, 2026, and any reply or statement of non-opposition is due November 30, 2026;

4. Defense counsel is set to begin a jury trial in Fresno County Superior Court on December 7, 2026, which is expected to last approximately two weeks, and a homicide jury trial in Merced County Superior Court on January 12, 2027;

5. Defense counsel requires additional time to meet with Defendant to review the final presentence report and to prepare for sentencing;

6. The parties agree that good cause exists to reschedule the sentencing hearing to February 1, 2027, at 9:00 a.m., with formal objections to the presentence report due on or before January 19, 2027, and any reply or statement of non-opposition due on or before January 25, 2027.

IT IS SO STIPULATED.

Dated: November 24, 2026

McKNEELY LAW FIRM

By: s/ Michael McKneely
MICHAEL McKNEELY
ATTORNEY FOR
DAVONNTAE BARFIELD

Dated: November 24, 2026

ERIC GRANT
United States Attorney

By: s/ Joseph D. Barton (by authorization)
JOSEPH D. BARTON
ASSISTANT UNITED STATES ATTORNEY

McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
T-(559) 443-7442 | F-(559) 860-0150

McKneely Law Firm
2300 Tulare Street, Suite 250
Fresno, California 93721
T–(559) 443-7442 | F–(559) 860-0150

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court finds good cause to vacate the sentencing hearing scheduled for December 7, 2026, and resets sentencing to February 1, 2027, at 9:00 a.m. Formal objections to the presentence report shall be filed on or before January 19, 2027, and any reply or statement of non-opposition shall be filed on or before January 25, 2027.

IT IS SO ORDERED

Dated: Nov. 25, 2026

HON. JENNIFER L. THURSTON
United States District Judge